NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOVE GRAND, INC., d/b/a            )
Westshore Pizza Village Center,    )
                                   )
        Appellant,                 )
                                   )
v.                                 )          Case No. 2D17-4955
                                   )
ANGELINE DIAMOND,                  )
                                   )
        Appellee.                  )
_____ )


Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Robert Foster,
Judge.

Dorothy V. Difiore and Karen Shimonsky
of Quintairos, Prieto, Wood & Boyer,
Tampa, for Appellant.

Brent G. Steinberg and Stephanie
Miles of Swope, Rodante P.A., Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.